## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| DEVLIN FINLEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:23-CV-00425-O |
| | § | |
| ELEPHANT INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

### PLAINTIFF'S FIRST AMENDED COMPLAINT

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW, DEVLIN FINLEY,** Plaintiff in the above-captioned cause of action, complaining of ELEPHANT INSURANCE COMPANY, hereafter also referred to as "Defendant," and for cause of action would respectfully show unto the Honorable Court the following:

### I.
### PARTIES

1.      Plaintiff DEVLIN FINLEY ("FINLEY") is a resident of Tarrant County, Texas.

2.      Defendant ELEPHANT INSURANCE COMPANY is a casualty insurance company with its principle place of business and/or headquarters in the State of Virginia. ELEPHANT INSURANCE COMPANY has been served with process and has appeared.

### II.
### JURISDICTION AND VEUE

3.      Venue is proper in the Northern District of Texas, Fort Worth Division. FINELY resides in this venue.

4.      Subject matter jurisdiction of this cause rests with this Honorable Court as the parties are

---

**PLAINTIFF'S FIRST AMENDED COMPLAINT - Page 1**

diverse and the amount in controversy exceeds its minimum jurisdictional requirement. *In personam* jurisdiction is satisfied as Defendant has minimum contacts with the great State of Texas and this suit is borne out of said minimum contacts, such that this Court's exercise of personal jurisdiction over Defendant is consistent with all applicable statutory requirements and constitutional guarantees.

### III.
### BACKGROUND FACTS

5.      This is a complaint for underinsured motorist benefits arising from an automobile accident which occurred on or about April 2, 2019 at or near 2230 E. Park Rowe in Pantego, Texas. At the time of the automobile accident, FINLEY was operating a 2006 Ford Fusion insured by ELEPHANT INSURANCE COMPANY.

6.      On or about April 2, 2019, FINLEY was stopped behind a vehicle turning left at a stop sign when an uninsured/underinsured driver, Celia Garcia-Moreno, failed to control her speed and rear-ended FINLEY. FINLEY suffered injuries and damages as a result of Celia Garcia-Moreno's negligence. Celia Garcia-Moreno was negligent and is responsible for the incident that occurred.

7.      At the time of the incident, Celia Garcia-Moreno was underinsured. Celia Garcia-Moreno's automobile insurance carrier tendered policy limits in full; however, the coverage fell far short of covering FINELY's damages.

8.      At the time of the collision, FINLEY was a named insured under Policy Number 244-001-711-52 ("the Policy") with ELEPHANT INSURANCE COMPANY. The Policy was in force and effect at the time of the collision and contained coverage for Uninsured/Underinsured Motorist benefits in the amount of $100,000 per person/$300,000.00 per accident applicable to this claim and this accident, and subject to this lawsuit.

9.    Based upon information and belief, the vehicle driven by Celia Garcia-Moreno was at all times material hereto this action an "uninsured/underinsured" motor vehicle.

10.    Pursuant to the Policy, ELEPHANT INSURANCE COMPANY promised FINELY all sums which ELEPHANT INSURANCE COMPANY is legally obliged to pay under the Policy, including loss caused by bodily injury resulting from the ownership, maintenance, or use of an uninsured/underinsured motor vehicle.

11.    FINLEY has complied with all conditions precedent in the Policy to bring his claim.

## IV.
## DEVIN FINLEY'S INJURIES AND DAMAGES

12.    As a result of this occurrence, Plaintiff FINLEY suffered bodily injuries and damages and has received extensive treatment.

13.    These injuries required reasonable and necessary medical treatment. Such injuries are permanent in nature and are, in reasonable probability, likely to continue into the future.

14.    Plaintiff FINELY has suffered and seeks the following damages:

   a.    **Medical Expenses:** Plaintiff has incurred medical expenses. These expenses were incurred for reasonable and necessary care and treatment of these injuries. The charges incurred are reasonable and were the usual and customary charges for the same or similar services at the time and place rendered. Plaintiff also expects to incur additional expenses in the future in an amount within the jurisdictional limits of this Court;

   b.    **Physical Pain and Suffering:** Plaintiff has endured severe physical pain and suffering in the past and will continue to endure severe physical pain and suffering in the future;

   c.    **Mental Anguish:** Plaintiff has endured severe mental anguish in the past and will continue to endure severe mental anguish in the future;

   d.    **Physical Impairment:** Plaintiff has suffered physical impairment in the past and will continue to suffer physical impairment in the future; and

   e.    **Out of pocket damages:** Plaintiff has suffered out of pocket expenses in the past and will continue to suffer out of pocket expenses in the future.

15.     By reasons of the above and foregoing, Plaintiff FINELY has been damaged in a sum within the jurisdictional limits of this Court, for which Plaintiff FINLEY hereby sues.

## V.
## UNINSURED/UNDERINSURED MOTORIST CLAIM

16.     FINLEY claims uninsured/underinsured motorist benefits under the Policy as a result of a motor vehicle accident which occurred on April 2, 2019; the negligence of the underinsured motorist was the proximate cause of FINLEY's injuries and damages; FINLEY seeks the benefits he is entitled to under the Policy.

17.     FINLEY is entitled to recover the following damages from ELEPHANT INSURANCE COMPANY on his underinsured motorist claim (Claim No. 201900219178) arising under the Policy:

   a.     Reasonable and necessary medical treatment in the past;
   b.     Reasonable and necessary medical treatment in the future
   c.     Out of pocket damages in the past;
   d.     Out of pocket damages in the future;
   e.     Physical pain and suffering in the past;
   f.     Physical pain and suffering in the future;
   g.     Mental anguish in the past;
   h.     Mental anguish in the future;
   i.     Physical impairment in the past;
   j.     Physical impairment in the future;
   k.     Loss of earning capacity sustained in the past; and
   l.     Loss of earning capacity that, in reasonable probability, FINLEY will sustain in the future.

## VI.
## PETITION FOR DECLARATORY RELIEF

18.     FINLEY asserts his claims under 28 U.S.C. § 2201 and Texas Civil Practice and Remedies Code§ 37.001, et seq. to have his rights, status and other legal relationships under the Policy established by a court of competent jurisdiction.

19.     FINLEY seeks a declaration from the Court that:

A.      Claim No. 201900219178 for uninsured/underinsured motorist benefits under the

Policy as a result of a motor vehicle accident which occurred on April 2, 2019, are

covered under the Policy;

B.      The negligence of the underinsured motorist, was the proximate cause of

FINLEY's injuries and damages;

C.      FINLEY also seeks a declaration determining the amount of benefits to which he is

entitled to recover from ELEPHANT INSURANCE COMPANY after all applicable

set-offs and credits, for each of the following elements of damages covered under the

Policy from ELEPHANT INSURANCE COMPANY on Claim No. 201900219178 arising

under the Policy:

a.      Reasonable and necessary medical treatment in the past;
b.      Reasonable aud necessary medical treatment in the future
c.      Out of pocket damages in the past;
d.      Out of pocket damages in the future;
e.      Physical pain and suffering in the past;
f.      Physical pain aud suffering in the future;
g.      Mental anguish in the past;
h.      Mental anguish in the future;
i.      Physical impairment in the past;
j.      Physical impairment in the future;
k.      Loss of earning capacity sustained in the past; and
1.      Loss of earning capacity that, in reasonable probability, Hopkins will sustain in
        the future.

## VII.
## PRAYER

20.     **WHEREFORE, PREMISES CONSIDERED**, FINLEY prays ELEPHANT

INSURANCE COMPANY answer herein, and that upon a final trial of this cause FINLEY recover

from ELEPHANT INSURANCE COMPANY: FINLEY's actual damages, as set forth above, and

in an amount in excess of the minimum jurisdictional limits of this Honorable Court; pre-judgment

**PLAINTIFF'S FIRST AMENDED COMPLAINT - Page 5**

interest at the highest rate allowed by law; post-judgment interest at the highest rate allowed by law; costs of this Honorable Court; and such other and further relief, at law or in equity, to which FINLEY may show himself to be justly entitled.

Respectfully submitted,

FRENKEL & FRENKEL, L.L.P.
12700 Park Central Drive, Suite 1900
Dallas, Texas 75251
(214) 333-3333
(214) 254-9360 (telecopier)

By: */s/ Carlos A. Fernandez*
Carlos A. Fernandez

Carlos A. Fernandez
State Bar No. 24036555
cfernandez@truckwreck.com

COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5, the undersigned hereby certifies that a true and correct copy of the foregoing document was served upon all counsel of record on July 28, 2023 via the following means:

Raymond B. Albertson, Esq.                    **VIA E-SERVICE**
ANDERSON & TRUITT, PLLC
10300 N. Central Expressway, Suite 284
Dallas, Texas 75231
Telephone: (972) 971-6820
Facsimile: (972) 408-4156
Email: ralbertson@andersontruitt.com
COUNSEL FOR ELEPHANT
INSURANCE COMPANY

By:    */s/ Carlos A. Fernandez*
Carlos A. Fernandez